**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING, REHEARING EN BANC,
AND ISSUANCE OF A WRITTEN OPINION

Appellate case name:        In re Joseph Andre Davis

Appellate case number:      01-15-00414-CV

Trial court case number:    1997-09681

Trial court:                245th Judicial District Court of Harris County

On July 28, 2015, this Court denied relator's petition for writ of mandamus without opinion. On August 5, 2015, relator filed a motion entitled "Motion for Clarification, Rehearing, and Rehearing En Banc of the Per Curiam Affirmance and Request for a Written Opinion and Certification." Relator's motion includes three separate requests: (1) a request for rehearing, (3) a request for rehearing en banc, and (3) a request for a written opinion regarding the denial of relator's petition for writ of mandamus.

The panel has voted to deny relator's requests for rehearing and issuance of a written opinion. The en banc court has voted to deny relator's motion for rehearing en banc.

It is ordered that relator's requests rehearing, rehearing en banc, and issuance of a written opinion are **denied**.


Judge's signature: /s/ <u>Michael Massengale</u>
                            Acting for the En Banc Court[1]

Panel consists of:  Chief Justice Radack and Justices Higley and Massengale

Date:  September 22, 2015

---

[1]     The en banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.